FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA 2023 MAY 18  AM 11: 52
JACKSONVILLE DIVISION

CLERK. US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

ANDREW THOMAS BULL
  a/k/a "Andrew Thomas Picard"
  a/k/a "brdr1066"

Case No. 3:23-cr- 83-MMH-PDB
18 U.S.C. § 2251(a) & (e)
18 U.S.C. § 2252(a)(2)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From on or about November 15, 2022 through on or about May 9, 2023, in

the Middle District of Florida, and in the District of Connecticut, the defendant,

ANDREW THOMAS BULL,
a/k/a "Andrew Thomas Picard,"
a/k/a "brdr1066,"

did knowingly attempt to employ, use, persuade, induce, entice, and coerce a person

whom the defendant believed to be a minor to engage in any sexually explicit

conduct for the purpose of producing visual depictions of such conduct, knowing and

having reason to know that such visual depictions would be transported and

transmitted using facilities of interstate commerce, that is, by cellular telephone and

the internet, and the defendant had a prior conviction for importing child

pornography and illegal possession of child pornography, in the state of Connecticut,

on or about July 12, 2013.

In violation of 18 U.S.C. § 2251(a) & (e).


## COUNT TWO

On or about January 27, 2023, in the Middle District of Florida, and in the District of Connecticut, the defendant,

ANDREW THOMAS BULL,
a/k/a "Andrew Thomas Picard,"
a/k/a "brdr1066,"

did knowingly distribute a visual depiction using facilities of interstate commerce, that is, by cellular telephone and the internet, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct, and the defendant had a prior conviction for importing child pornography and illegal possession of child pornography, in the state of Connecticut, on or about July 12, 2013.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).


## COUNT THREE

On or about February 3, 2023, in the Middle District of Florida, and in the District of Connecticut, the defendant,

ANDREW THOMAS BULL,
a/k/a "Andrew Thomas Picard,"
a/k/a "brdr1066,"

did knowingly distribute a visual depiction using facilities of interstate commerce, that is, by cellular telephone and the internet, when the production of the visual

depiction involved the use of a minor engaging in sexually explicit conduct, and the

visual depiction was of such conduct, and the defendant had a prior conviction for

importing child pornography and illegal possession of child pornography, in the state

of Connecticut, on or about July 12, 2013.

In violation of 18 U.S.C. § 2252(a)(2) and 2252(b)(1).


### COUNT FOUR

On or about February 4, 2023, in the Middle District of Florida, and in the

District of Connecticut, the defendant,

ANDREW THOMAS BULL,
a/k/a "Andrew Thomas Picard,"
a/k/a "brdr1066,"

did knowingly distribute a visual depiction using facilities of interstate commerce,

that is, by cellular telephone and the internet, when the production of the visual

depiction involved the use of a minor engaging in sexually explicit conduct, and the

visual depiction was of such conduct, and the defendant had a prior conviction for

importing child pornography and illegal possession of child pornography, in the state

of Connecticut, on or about July 12, 2013.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## FORFEITURE

1.      The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of 18 U.S.C. § 2253.

2.      Upon conviction of a violation of 18 U.S.C. §§ 2251(a) & (e) and/or 2252(a)(2), the defendant, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253.

        a.      Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110;

        b.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

        c.      Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.      If any of the property described above, as a result of any act or omission of the defendant:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third person;

        c.      has been placed beyond the jurisdiction of the court;

        d.      has been substantially diminished in value; or

4

        e.     has been commingled with other property which cannot be

              divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

                                A TRUE BILL,

                                FOREPERSON

ROGER B. HANDBERG
United States Attorney

By:     _____

       D. RODNEY BROWN
       Assistant United States Attorney

By:     _____

       KELLY S. KARASE
       Assistant United States Attorney
       Deputy Chief, Jacksonville Division

FORM OBD-34
5/16/23 Revised

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Jacksonville Division

### THE UNITED STATES OF AMERICA

vs.

### ANDREW THOMAS BULL

## INDICTMENT

Violations: 18 U.S.C. § 2251(a) & (e) and 18 U.S.C. § 2252(a)(2)

A true bill,

Foreperson

Filed in open court this __18th__ day

of May, 2023.

Clerk

Bail   $_____