My name is Beverly Bull and I am the grandmother to Andrew Bull. Andrew is one of the many people who has a very kind heart. He is always happy to help the elderly. He is a great semi truck driver, he can put a trailor into spaces that most people wouldn't even try. He is a great father, he loves to show his sons how to do new things with him. Andrew would do just about anything I asked him to do for me. He always called me Mom and was like a son to me.

He loved being at our house. He was very proud to by the house and have his family there with him.

Beverly Bull

Dear Judge Howard,                                  8/9/23

    I would like to start this letter by thanking you for taking time to read this letter. I'm sure your days are very busy, so "thank-you."

    I am Andrews mom. I'm 56 yrs old. I have 3 children and 5 grandchildren. I was married for 29 years. just recently went threw divorce, and moved to Maine.

    Andrew is my first born son. born on christmas morning. he was also the first grandchild. my parents and Andrew are very close. as a child Andrew spent most weekends with my parents. they would race go-carts and drive tractors and things of that nature. my parents moved to Florida a few years ago.

    Andrew and his lady "Jaime" started a business together and they also bought my parents house.

I am very proud of Andrew. Andrew does not do drugs nor does he drink alchol, never has.

Andrew is bi-polar, he is not on medication.

In my opinion Andrew needs to be on medication therapy and counsilling for the rest of his life.

Bi-polar is a very bad disease left untreated.

Andrew needs mental help more than he needs to be locked-up, mental health needs to be addressed.

Andrew is a good son and father, I know, if he could learn how to control his disease, and not let it control him his life would be amazing.

I feel like im Rambling on. So, thank you again.

Sincerely
Trish Picard

I met Andrew when he was 11 yrs old, his mother and I worked together. He use to come to my house and work on trucks with me. We both like to work on vehicles.

Andrew went on to awtomotive school and he became a driving instructor at a tractor Trailor driving school. he is a good kid. I think of andrew as my oldest son. I had the pleasure of watching andrew turn into a young man.

And To see him with his son.

Andrew tought his four year old son how to drive a four wheeler. Andrew tought his son all the parts on an excavator. and all the nascar race flags and what they mean. Andrew is a great bather, son & friend. Andrew was starting his own business. Andrews Life was going great. my hope for Andrew is he gets his bupdeen disease under control I miss my buddy.

Sincerely
Timothy Coto

To the Honorable Mareia Morales Howard,

I, Anthony Browne, am writing this letter on behalf of Andrew Bull. I have known Andrew for a little over 3 years. In that time, we developed a very strong friendship that evolved from him being my instructor at NETTTS (New England Tractor Trailer Training School), to me working for him doing snow removal at/under Landcare LLC, to now considering him family.

Andrew taught me things that to this day are still helping me be a success in the trucking industry. Things that could only be described as real world experiences. He has been such a beneficial part of my life in the 3 years he's been involved in it, and in the last year, my life has been noticeably different. He helped me start my own company after the structure in which he designed his, which I've struggled to maintain without his guidance and support.

He was always willing to help my fiancé and I whenever we would have car troubles during our friendship. He also has readily helped put me in a position to get jobs in the trucking industry by opening dialogue with the bosses of Herb Holden and Skips Wastewater services. All of this would not have been possible without the help he gave me in school. I most certainly wouldn't have acquired my CDL-A as quickly as I did without the guidance of Andrew.

Andrew has a strong support system out here from family to friends that became family. We all just want to see him succeed, and I don't think sentencing him to a long sentence in prison will benefit him in a successful way, albeit rehabilitation is key to being a successful individual in society. I'm hoping that I can convey this to your honor in a way that will help you see a different side to the Andrew Bull that you've come to know. Hopefully if he is given another chance, and with the right structural support for adequate rehabilitation, he can be a functional member of society.

Thank you for considering what I've said in your honors decision process.

Sincerely,

*[signature]*

Anthony Browne

Dear Judge,

My name is Arin Ellis. I am a federal inmate at Baker County Detention Center. I have known Andrew Bull for well over a year—since he was brought into my dorm in July of 2023.

When Drew first arrived, a friend and fellow inmate at the time warned me to be cautious around him because he clearly had "anger issues," but this claim quickly faded when we began interacting after about a week. In the following weeks, we became very close friends—each other's "shoulder to lean on." We found countless similarities between our lives and formed a symbiotic relationship. I ignited his desire to peer into and analyze his past through my own self-reflection.

Since then, I have seen impressive restraint on anger outbursts and a genuine burning desire to understand and improve himself. Drew writes every single day in a journal his feelings with his best interpretation of them and their potential causes. We have discussed at extreme length his extraordinarily traumatic childhood and some coping mechanisms. It is blatantly obvious to me Drew does not want to be the same person he was when he was arrested and is exercising every avenue to guarantee he exits this situation a new and vastly improved person. Interestingly enough, learning about my case and mental state has aided greatly in him coping with his own abuse.

Your honor, Drew has shown that he understands how and why what he did is wrong and displayed remorse. He works hard every day to improve himself. Respectfully, it is my unprofessional opinion that he would benefit more from a shorter sentence; a longer one would be detrimental to his mental health and

I have seen nothing to make me think him to be a recidivist.

Thank you for your time and consideration,
Arin Ellis
*Arin Ellis*