**Dr. Jessica B. Anderton, Psy. D.**
6282-2 Dupont Station Court
Jacksonville, FL 32217
Phone: 904-900-3594
Fax: 904-485-8760

**FORENSIC PSYCHOLOGICAL EVALUATION**

IDENTIFYING INFORMATION
**NAME: Andrew Bull**
**DATE OF BIRTH:** 12/25/1987

Examiner: Jessica B. Anderton, Psy. D.
Case No: 3:23CF83-MMH-PDB
Exam Date(s): 10/31/2023
Report Date: 11/21/2023

**Reason for Referral/Notification:**
Mr. Bull is a 35-year-old male who has been charged in Federal Court with attempted production of child pornography/distribution of child pornography. He is a registered sex offender and on probation (Connecticut). His defense team requested that I conduct this examination of Mr. Bull to assess current mental health/diagnosis. This evaluation took place in the Baker County Jail. Prior to beginning the assessment, the nature and purpose of the evaluation were discussed with Mr. Bull. The limits of confidentiality were also reviewed, particularly that this report would be released to his attorney. Mr. Bull expressed understanding of the notification, was cooperative and agreed to proceed.

**Sources of Information:**
The following sources of information were considered when conducting this evaluation:
**Records Review:**
Referral letter, C. Daniel Roberts, Investigator, Office of the Federal Defender, 9/18/23
State of Connecticut Sex Offender Registration
Certified Conviction & Investigation Report (2013)
**Assessment Measures:**
Clinical Interview and Mental Status Exam
Patient Health Questionnaire (PHQ-9)
Anxiety Questionnaire (GAD-7)

PREVIOUS EVALUATIONS/RECORDS REVIEW:
Mr. Bull was referred for psychological evaluation by his defense team. His history is significant for reported depression. Records accompanying this referral document his prior conviction in Connecticut for importing child pornography. No prior psychological evaluations are available at the time of this report.

RELEVANT HISTORY (as reported by the defendant):
*Social/Developmental History:*
Mr. Bull reports that he was born in Rockville, Connecticut. His mother and father separated when he was only three months old. He did not see his father again until he was fourteen

years old, and he feels that his father is a "scumbag." After his father's departure his mother was in a relationship with another man (Ed) and they had a child, though that child was given up for adoption (to his mother's best friend). Later his mother married Dave, his stepfather, and they had a son as well (Nick). He has three other half-siblings on his father's side of the family. As he was growing up, however, he only knew his brother Nick.

Mr. Bull describes his stepfather as an "angry alcoholic" who abused him verbally, emotionally, and physically. He also reports an incident of sexual abuse perpetrated by his step-grandmother when he was around age eight.

He lived with his mother and stepfather until his sophomore year in high school, then moved in with his grandparents full time due to the abuse in his home. He reports a much more positive relationship with his grandparents.

Mr. Bull has never married. He has two children from two relationships, currently ages 11 and five. He is not involved with the older child (he described conflict with the child's mother and that she was unfaithful to him) but has been actively involved with the younger child, and is engaged to the younger child's mother.

Mr. Bull describes life-long difficulty trusting people and establishing close relationships. He had a close friend many years ago who committed suicide in 2011, and he felt he "went downhill" after that.

He has lived primarily with his grandparents over the years. His grandparents retired to Florida about two years ago, and he and his fiancé purchased their home. His fiancé still lives there, with their child.

*Educational/Occupational History:*
Mr. Bull reports that he was a poor student in general, because he "didn't care" about school. He was diagnosed with ADHD as a child. He was a loner, unhappy, and isolated. He dropped out of high school only about a month before he would have graduated. He has earned various technical degrees/certificates (e.g. auto technician, class A CDL). He has driven trucks professionally, and is a "fourth generation truck driver" in his family. He always knew he was going to drive trucks for a living.

In approximately 2018 he was injured on the job and out of work for about a year (during which time he was living with his grandparents, and had just had his second child.) He denied being significantly stressed by this period of unemployment. His fiancé and son were living separately (with her parents) and they were looking for a house to occupy together (and later purchased his grandparents' home, which they remodeled together).

*Psychiatric/Substance Use History:*
Psychiatric history is significant for the afore-mentioned ADHD diagnosis in childhood, treated with the stimulant Ritalin. He also had therapy a couple of times during childhood. In his adult life he "put myself in the hospital a couple of times" due to suicidal ideations and attempts, in early adulthood (around age 19). He has attempted therapy as well. He feels strongly that "I've got to figure myself out." He has "issues" he said, does not trust people, and has a hard time opening up in therapy.

Mr. Bull reports history of alcohol abuse in the context of depression following the suicide death of his friend in 2011. He was drinking heavily, completely isolated, and not sleeping, and was later incarcerated from 2013 to 2016 in state prison (for charges similar to the pending ones). While in prison he was prescribed multiple psychiatric medications. He is not certain what he was diagnosed with in prison, perhaps severe depression or bipolar disorder. He said he was so heavily medicated during that time that he does not even remember being sentenced. He stopped taking medications, and has not had any psychiatric treatment since that time.

Mr. Bull reports he did have counseling and sex offender treatment (group therapy) following his release from prison, which he found helpful and which he successfully completed. He commented that he wishes he had continued with that therapy even beyond the requirements.

Family history is reported to be significant for maternal substance abuse in the past, and no known mental health diagnoses.

*Medical History:*
No other significant/contributory medical history is reported. He has occasional migraines, and takes Excedrin as needed.

CURRENT CLINICAL DATA AND TESTING RESULTS:
**Current Reported Symptoms/Concerns:**
Mr. Bull reports no current psychotropic mediations or therapy services. He said he has put in mental health requests in the jail, but so far they have gone unanswered. His appetite is fine, he said, but he is having significant insomnia since his arrest (sleeping only one or two hours at a time). He is often plagued by nightmares and intrusive/ruminative worries about past events including childhood stressors or past job stressors, and also recent events, such as something that may have angered him during the day.

He denies current/recent thoughts of harming self or others. He denies symptoms of psychosis and mania. He describes making attempts to introspect, to understand himself better, to understand his capacity for relationship stability, his self-destructive behavioral patterns, his low self-worth. He talks to his fiancé about these issues, and he has started a journal of his life experiences and feelings [he brought this with him to the exam, which was handwritten, approximately 20 pages, and in which he had recorded life experiences from earliest memory to about age fifteen, it is still a work in progress.]

He expressed the strong desire for individual therapy and for family therapy (he would like to involve his fiancé and other family, so they can understand him/his past better). He is very worried about his legal predicament. He reflected at length on the issues that plague him— abandonment by his father, abuse by his stepfather. His current support system consists of his fiancé, his son, his mother and her paramour, his grandparents and several friends. His primary symptom complaints at the current time were general distress/worry and insomnia.

*Symptom Questionnaires:*
Mr. Bull responded to two self-report questionnaires in this exam. On the PHQ-9 (a measure of current depression symptoms) his total score was 13, which is consistent with moderate current depression. On the GAD-7 (a measure of current anxiety symptoms) his total score was 11, which is consistent with moderate generalized anxiety symptoms.

**Mental Status Exam & Behavioral Observations:**
Mr. Bull presented as clean/appropriately groomed for the setting. He wore eyeglasses, and maintained appropriate eye contact. His speech was fluent and clear. Expressive and receptive language skills appear well developed. His thoughts were linear and coherent, with no indication of psychosis during the exam. His affect was anxious, with frequent laughter that appeared likely to be masking underlying emotional distress. His mood was reported to be anxious, due to the nature of this exam "having to talk about my feelings, my life." He said he was up all night the night before the exam, anxiously anticipating "having to talk about my past."

He was alert, and oriented to person, place, time, and situation. Memory was grossly intact, and concentration was fair. He was able to register three words in immediate memory, and he recalled all three after a three-minute delay with intervening tasks, and again recalled all three after an 11-minute delay. He was able to recall the names of the current and prior two US Presidents, and what he had for dinner the night before. He was a good personal historian. He was able to spell a five-letter word correctly forwards and backwards. He was not able to do serial seven subtractions, but was able to do serial three subtractions. He appears of average intellectual ability, with fair insight and judgment.

**Diagnosis:**
Adjustment disorder with mixed anxiety and depressed mood
Unspecified trauma- and stressor-related disorder
Unspecified personality disorder

**CONCLUSIONS AND RECOMMENDATIONS:**
*The opinions, recommendations and conclusions in this report are based upon reasonable psychological certainty and information that was available at the time of the evaluation. Additional information may result in diagnoses, conclusions and/or recommendations which may be different from those presented in this evaluation.*

Mr. Bull reports history of multiple adverse childhood events, including abandonment by his father, maternal substance misuse, physical and emotional abuse by his stepfather, and sexual abuse by his step-grandmother. He describes significant difficulty with social relationships over the years, problems with self-concept and self-esteem, and a degree of over-dependence on his grandparents (since moving in with them during high school he has always lived in their home).

He reports current anxiety and depression symptoms that appear to be a result of the stress of his current situation. He denies thoughts of harming self or others, and does not meet criteria for involuntary hospitalization at this time. He would certainly benefit from treatment for his current sleep difficulty, and I would encourage him to consult with jail medical personnel about a possible sleep aid. He would also benefit from individual and/or group psychotherapy.

If I can answer any questions about this evaluation, please do not hesitate to contact me.

Respectfully,

Jessica B. Anderton, Psy. D.
Licensed Psychologist; PY 7468